**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**BRUCE ROBERTSON (#113670)**

**VERSUS**

**WARDEN, ALLEN CORRECTIONAL CENTER**

**CIVIL ACTION**

**NO. 15-0049-JWD-RLB**

## O P I N I O N

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated April 28, 2015 to which no objection was filed:

**IT IS ORDERED** the petitioner's application for habeas corpus relief is dismissed, without prejudice.

**IT IS FURTHER ORDERED** that, in the event that the petitioner seeks to pursue an appeal in this case, a certificate of appealability be denied.

Signed in Baton Rouge, Louisiana, on May 19, 2015.

_____

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**